IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TOMMY COCKRELL, | ) | CASE NO. 1:14CV2406 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | KENNETH S. McHARGH |
| | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | JUDGMENT ENTRY |
| | ) | |
| Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion & Order filed December 5, 2016, the Court finds that the decision of the Commissioner of Social Security is supported by substantial evidence and the Court AFFIRMS the decision of the Commissioner.

IT IS SO ORDERED.

s/ Kenneth S. McHargh
Kenneth S. McHargh
United States Magistrate Judge

Date: December 5, 2016